UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    CRIMINAL NO.  09-cr-20106

v.                                        HON. MARK A. GOLDSMITH

RONALD DEWEY TROTTER, JR.,

       Defendant.
_____/

## ORDER REVOKING BOND

On January 5, 2011 the Court held a bond review hearing in this matter. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that Defendant's bond is REVOKED.

**IT IS FURTHER ORDERED** that the defendant be remanded to the custody of the United States Marshal forthwith pending sentencing in this matter to take place on January 11, 2011 @ 2:00 p.m.

**SO ORDERED**.

Dated: January 5, 2011                          s/Mark A. Goldsmith
      Flint, Michigan                         MARK A. GOLDSMITH
                                                United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 5, 2011.

                                                     s/Deborah J. Goltz
                                                     DEBORAH J. GOLTZ
                                                     Case Manager